```
        UNITED STATES
      BANKRUPTCY COURT
       DISTRICT OF VERMONT
         RUTLAND DIVISION

      # 45891      - NW
      * * C O P Y * *
      January 18, 2011
         10:00:05


       UNCLAIMED FUNDS
          03-11136
   Debtor.: DANIEL M. BIGOS
   Amount.:           $180.49 CH
   Check#.: 191828


   ✓   UNCLAIMED FUNDS
          05-10755
   Debtor.: KENNETH C BACON, SR
   Amount.:           $103.99 CH
   Check#.: 191828


       UNCLAIMED FUNDS
          06-10439
   Debtor.: JANUSZ K LACHOWICZ
   Amount.:             $0.53 CH
   Check#.: 191828



   Total->   $285.01



   FROM: JAN M. SENSENICH, TTEE
         2456 CHRISTIAN ST STE 3
         WHITE RIVER JUNCTION VT 05001
```

CHAPTER 13 TRUSTEE - JAN M. SENSENICH • P.O. BOX 1326 • NORWICH, VT 05055

| DEBTOR AND ACCOUNT NUMBER | | PRINCIPAL | INTEREST | BALANCE |
|---|---|---|---|---|
| 00-03-11136 DANIEL M. BIGOS |  | 180.49 | 0.00 | -180.49 |
| CITIFNANCIAL, 4010 REGENT BLVD, IRVING, TX | UNCLAIMED FUNDS |  | Claim #013 |  |
| ✓ 00-05-10755 KENNETH C. & KIMBERLY L. BACON, SR. |  | 103.99 | 0.00 | -103.99 |
| VERIZON, PO BX 1, WORCESTER, MA 01654-0001 | UNCLAIMED FUNDS |  | Claim #016 |  |
| 00-06-10439 JANUSZ K. LACHOWICZ |  | 0.53 | 0.00 | -0.53 |
| 154 SHATTUCK HILL RD, NEWPORT, VT 05855 | UNCLAIMED FUNDS |  | Claim #009 |  |
| Totals: |  | 285.01 | 0.00 |  |